**Order entered September 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00692-CV

### IN THE INTEREST OF N. L. T., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316**

## ORDER

Before the Court is appellant's September 9, 2013 second motion for additional time to file opening brief. In the motion, appellant asks the Court for a four day briefing extension. We **GRANT** appellant's motion. Appellant's brief shall be filed on or before September 16, 2013.

/s/     MICHAEL J. O'NEILL
          JUSTICE